IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALL MONIES CURRENTLY CONTAINED IN)<br>CITIZENS BANK CHECKING ACCOUNT )<br>NUMBER 622068-516-8 IN THE NAME OF )<br>ANTHONY DONALD POWELL, )<br>)<br>)<br>Defendant ) | Civil Action No. 08-1263 |

**ORDER**

AND NOW, this 15th day of Sept, 2008, upon consideration of the United States' Application Requesting Issuance of Warrant of Arrest Upon Probable Cause Shown, it is hereby ORDERED that there is probable cause shown for the issuance of the forfeiture warrant of arrest *in rem* and that the Clerk of the United States District Court for the Western District of Pennsylvania shall forthwith issue one (1) warrant for arrest *in rem* of the Defendant Property listed in the caption of this action in the form of Exhibit "A" to the United States' Application; and six (6) certified copies of the same warrant to the United States Attorney's Office.

Upon issuance of the warrant of arrest, the United States shall serve all persons who may have an interest in the Defendant Property and provide them with an opportunity to file a claim and answer in this case.

_____
United States District Judge