IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 08-1263 |
| ALL MONIES CURRENTLY CONTAINED IN CITIZENS BANK CHECKING ACCOUNT NUMBER 622068-516-8 IN THE NAME OF ANTHONY DONALD POWELL | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, this 21ST day of Jan., 2009, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation: (1) the duty of Anthony Donald Powell to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States may advertise this action in accordance with federal forfeiture law.

The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the related criminal investigation.



_____ J.