IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>              Plaintiff,                          )<br>                                                            )<br>     v.                                                 )           Civil Action No. 08-1263<br>                                                            )<br>ALL MONIES CURRENTLY CONTAINED  )<br>IN CITIZENS BANK CHECKING ACCOUNT )<br>NO. 622068-516-8 IN THE NAME OF         )<br>ANTHONY DONALD POWELL,              )<br>                                                            )<br>              Defendant.                        ) | |

## ORDER

AND NOW, this 9th day of Dec, 2011, it is hereby, ORDERED, ADJUDGED and DECREED that the Order at the above-captioned case staying all civil forfeiture proceedings be, and hereby is, lifted.

_____
                                                                                                                    J.