IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-1263 |
| ALL MONIES CURRENTLY CONTAINED IN CITIZENS BANK CHECKING ACCOUNT NO. 622068-516-8 IN THE NAME OF ANTHONY DONALD POWELL, | ) | |
| Defendant. | ) | |

<u>O R D E R</u>

AND NOW, this 9th day of Dec, 2011, it is hereby, ORDERED, ADJUDGED and DECREED that the Order at the above-captioned case staying all civil forfeiture proceedings be, and hereby is, lifted.

_____ J.