IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALL MONIES CURRENTLY CONTAINED IN ) <br> CITIZENS BANK CHECKING ACCOUNT ) <br> NUMBER 622068-516-8 IN THE NAME OF ) <br> ANTHONY DONALD POWELL ) <br> ) <br> Defendant ) | Civil Action No. 08-1263 |

## AMENDED ORDER

AND NOW, this 3rd day of June, 2011, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Amended Stipulation is hereby approved and incorporated by reference in its entirety into this Amended Order.

IT IS FURTHER ORDERED THAT:

1. As to $129,348.45 of the total Defendant Currency, the monies will be, and hereby are, forfeited to the United States free and clear of all right, title and interest of any person or entity, including without limitation Anthony Donald Powell (Powell). The United States Immigration and Customs Enforcement (ICE) will deposit the monies into the Asset Forfeiture Fund.

2. ICE will return the remaining $129,348.45 of the Defendant Currency to Powell's legal counsel, the Law Offices of David S. Shrager.

3. Upon receiving the $129,348.45 from the ICE, the Law Offices of David S. Shrager will use the monies to satisfy all unpaid tax and interest obligations with the Internal Revenue Service.

4. A certificate of reasonable cause pursuant to 28 U.S.C. § 2465 is hereby entered.

5. The Clerk shall mark this case closed.

_____ J.